**Andrew U. D. Straw**   Go To   Help

## Message Center Communications

Your active Message Center communications are listed below. To view a communication just click the Communication description. After viewing it, you may hide a communication by clicking the Window Shade icon.

Show Hidden Messages

### List of Communications

Find | View All | First 1-2 of 2 Last

| Institution | Office | Description | Sent Date | Viewed? | Hide? |
|---|---|---|---|---|---|
| University of Maine | Financial Aid | Satisfactory Academic Progress and Your 2025-2026 Financial Aid Eligibility Including This Summer | 06/13/2025 | Y | |
| University of Maine System | Student Financials | 1098-Ts are available in MaineStreet | 01/17/2025 | Y | |

Close this Communication

Individual message items are below. Use the navigation links at the top right to view each message item, or you can click View All to see all items.

### Information Links and Messages

Find   First 1-3 of 3 Last

Dear Andrew,

Please note: this message contains information specific to you, which can only be seen in the "Classic Student Center" environment. If you are having trouble seeing the message below or if it is blank please navigate back to the "Classic Student Center" by clicking on "Back to MaineStreet" button on the left-hand navigation menu. Then click on the "Classic Student Center" tile and view the message in your message center on the right-hand side of the screen.

The Office of Student Financial Services is required by the Federal government to annually review the academic progress of students. This review is in addition to performance evaluations conducted by academic deans. In order to maintain eligibility for financial aid, scholarships, and/or some alternative educational loans, students must:

- Successfully complete a minimum number of credit hours each semester,
- Stay above a specific minimum grade point average (GPA), and
- Complete their academic program within a maximum period of time

Students failing to make satisfactory academic progress are not permitted to receive federal student financial aid (Pell Grants, Supplemental Educational Opportunity Grants, Work-Study, Direct Loans, and Direct PLUS Loans), state scholarships, most University scholarships and grants, some types of tuition waivers, and some alternative educational loans.

You are **not meeting** the University's policy of satisfactory academic progress (please refer to the policy at the link below this message). Our records show that you have attempted 9 credits and completed only 3, or 33.3% percent. This is below the minimum 50% percent required. In addition, your cumulative GPA of 1.333 is below the 2.67 required minimum.

If your academic department will allow you to continue your enrollment, you may choose to enroll without the benefit of financial assistance. Satisfactory academic progress is reviewed annually for all students. Please click on the link below this message and review the policy carefully, so that you can evaluate what you need to accomplish as a student this year to regain financial aid eligibility in the future. You may wish to meet with your academic advisor or the associate dean/director of your college.

You have the right to appeal if you believe there are significant circumstances beyond your control that impacted your academic performance. Please use the appeal form at the link below this message to submit a written appeal that explains what happened and what will be different for you next semester. Include supporting documentation as required. Appeals must be received within 30 days of the date of this message. Appeals received after this date will not be considered.

If you have any questions about the policy or appeal process, please call the Office of Student Financial Services at (207) 581-1324 to speak with a financial aid advisor.

Thank you,

Meredith Lee
Associate Director
Office of Student Financial Services
5781 Wingate Hall
Orono, ME 04469
Phone: 207.581.1324
Email: um.sfs@maine.edu

**File/HTML Path**   http://www.umaine.edu/stuaid/sap

**Message Text**

Dear Student,

You have an important message from the Office of Student Financial Services. Please login to MaineStreet at http://mainestreet.maine.edu to view your Message Center. Please note: this message contains information specific to you, which can only be seen in the "Classic Student Center" environment. Please navigate to the "Classic Student Center" by logging into Mainstreet and then clicking on the "Classic Student Center" tile to view the message in your message center on the right-hand side of the screen.

Sincerely,

Office of Student Financial Services
5781 Wingate Hall
Orono, ME 04469-5781

Tel: 207-581-1324
Email: um.sfs@maine.edu
Secure Upload: https://umaine.edu/stuaid/upload/
Web: http://www.umaine.edu/stuaid