

**Andrew U. D. Straw**

2025 Spring > Graduate > University of Maine

**Class Grades - 2025 Spring**

| Class | Description | Units | Grading | Grade | Grade Points |
|---|---|---|---|---|---|
| DIS 520 | Dis:Adv Inter Hum Div Glob Env | 3.00 | Graded | F | |
| PAX 591 | Forgive: Cult Peace & Reconcil | 3.00 | Graded | L | |

**Term Statistics - 2025 Spring**

| Description | From Enrollment | Cumulative Total |
|---|---|---|
| **Units Toward GPA:** | | |
| Taken | 6.000 | 9.000 |
| Passed | | 3.000 |
| **Units Not for GPA:** | | |
| Taken | | |
| Passed | | |
| GPA Calculation | | |
| **Total Grade Points** | | 12.000 |
| / Units Taken Toward GPA | 6.000 | 9.000 |
| = GPA | | 1.333 |

Return to View My Grades