


Republic of the Philippines
**SAN JOSE DISTRICT HOSPITAL**
National Highway, Barangay San Isidro,
San Jose, Occidental Mindoro

## CLINICAL ABSTRACT

**NAME:** ANDREW U D STRAW
**AGE:** 56 y.o.   **SEX:** M   **CIVIL STATUS:** ___
**DATE OF ADMISSION:** 4 JUNE 2025   **DATE OF DISCHARGE:** —
**CHIEF COMPLAINT:** INABILITY TO SLEEP, LACK OF APPETITE

**BRIEF HISTORY:** This is a known case of Camp Lejeune Poisoning incident in 1968 with Chronic Depression, Bipolar Disorder, Schizophrenia as claimed, controlled by medications, however, with relapse probably triggered by the cessation of his disability pension today to his failure of availment/function of his maintenance medications.

**PERTINENT P.E. FINDINGS:** resulting to his inability to sleep, unable to cope w/ the university school/work prompted consult.
> inability to concentrate, lack of sleep & lack of appetite, weight loss

**COURSE IN THE WARD:**
On admission, patient put on appropriate diet. Hooked to IVF. Laboratory and medications prescribed. Orders carried out. Vital signs and I/O monitored and recorded properly. Daily rounds done by Medical Specialist and Resident on Duty. Referred as needed. Patient stable and was advised for discharge.

**LABORATORY:** see attached
N/A

**MANAGEMENT**
1) **MEDICAL:** continue Quetiapine (Vectra) 25 mg OD
2) **SURGICAL:** N/A

**FINAL DIAGNOSIS:** SCHIZOPHRENIA

**CONDITION OF PATIENT UPON DISCHARGED:** Guarded - for frequent follow up.
**REMARKS:** Patient is advised to avoid stress to include & not limited to university school/work. Frequent follow up w/ Psychiatrist.

NOT INTENDED FOR MEDICO-LEGAL PURPOSES
FOR DOCUMENTATION AND FINANCIAL ASSISTANCE ONLY

**PREPARED BY:**
EDWIN P. SALCIT MD
LC # 0075588
MEDICAL OFFICER III

"NOT VALID WITHOUT HOSPITAL SEAL"

**Date Prepared:** 04 JUNE 2025

LABORATORY: see attached

N/A

**MANAGEMENT**

1) MEDICAL: Cashive Quetiapine (Victhro) 25mg OD

2) SURGICAL: N/A

**FINAL DIAGNOSIS:** SCHIZOPHRENIA

**CONDITION OF PATIENT UPON DISCHARGED:** Guarded - for frequent follow up

**REMARKS:** Patient is advised to avoid stress to include & not limited to University Schoolwork. Frequent follow up w/ psychiatrist.

**PREPARED BY:**

EDWIN P. SICUT MD
LC # 0073588

MEDICAL OFFICER III

NOT INTENDED FOR MEDICO-LEGAL PURPOSES
FOR DOCUMENTATION AND FINANCIAL ASSISTANCE ONLY



Republic of the Philippines
SAN JOSE DISTRICT HOSPITAL
National Highway, Barangay San Isidro,
San Jose, Occidental Mindoro



Cert. No. _____

# MEDICAL CERTIFICATE

04 June 2025
Date

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY __ANDREW U D STRAW__, __MALE__, _____.

__56__ years of age and a resident of __Mapaya III, San Jose, Occidental Mindoro__

was examined and confined/treated in this hospital on __04 June 2025__

to _____ with the following findings and/or diagnosis:

__SCHIZOPHRENIA__

and would need medical attention for __Lifetime followup__ days barring complication.

REMARKS:
__NOT INTENDED FOR MEDICO LEGAL PURPOSES__

ATTENDING PHYSICIAN:

__Edison A. Sulit MD__
Lic # 0075588

"NOT VALID WITHOUT DRY SEAL"
Paid under O.R No. _____
Paid under O.R No. _____