| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | andrewudstraw@gmail.com; Andrew Straw; Amon Purinton; generalcounsel@maine.edu; University of Maine Graduate School; Gail Boucher; Student Financial Services; umpresident@maine.edu; Rowena Clukey |
| **Subject:** | (jlm) new pro se civil case for Efilings |
| **Date:** | Tuesday, June 17, 2025 10:58:40 PM |
| **Attachments:** | COMPLAINT_ADA-TitleII_CMECF_ANDREWSTRAW_17JUN2025.pdf<br>js_044_-_civil_cover_sheet_1-s.pdf<br>EX1 sfs msg GPA 06132025.pdf<br>EX2 Fs.pdf<br>EX3 DrCert-Schizophrenia.pdf<br>ifpapplic-AUDS-06172025-s.pdf<br>ECF_Registration_Form_for_Pro_Se_Filers-s2.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

7 documents to be e-filed via email, attached.

Sincerely,

*/s/ Andrew U. D. Straw/*

Andrew U. D. Straw

**HOME (PH)**

Sitio Boundary, Aniar Residence

Brgy Mapaya III

San Jose

Occidental Mindoro 5101

The Philippines

(63) 956-892-6403 (Cell)

andrew@andrewstraw.com

**USA MAILING ADDRESS**

9169 W. State ST, STE 690

Garden City, ID 83714-1733

Mobile Phone: (847) 807-5237

andrew@andrewstraw.com

http://www.andrewstraw.com

---

**From:** MED_Joint ECF Inbox <MaineECFIntake@med.uscourts.gov>

**Sent:** Wednesday, June 18, 2025 2:40 AM
**To:** Andrew Straw <andrew@andrewstraw.com>
**Cc:** andrewudstraw@gmail.com <andrewudstraw@gmail.com>
**Subject:** RE: ECF Form

Good afternoon,

I did a query of our database and don't find you as a current party in a civil case. Do you have a case pending before the Court?

Maggie Melanson
Deputy-In-Charge/Jury Administrator

---

**From:** Andrew Straw <andrew@andrewstraw.com>
**Sent:** Tuesday, June 17, 2025 7:37 AM
**To:** MED_Joint ECF Inbox <MaineECFIntake@med.uscourts.gov>
**Cc:** Andrew Straw <andrew@andrewstraw.com>; andrewudstraw@gmail.com; generalcounsel@maine.edu; Amon Purinton <amon.purinton@maine.edu>
**Subject:** mtm-ECF Form
**Importance:** High

**CAUTION - EXTERNAL:**


Please see attached.

Sincerely,

*[signature: Andrew U. D. Straw]*

Andrew U. D. Straw
**HOME (PH)**
Sitio Boundary, Aniar Residence
Brgy Mapaya III
San Jose
Occidental Mindoro 5101
The Philippines
(63) 956-892-6403 (Cell)
andrew@andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690

Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.