**Outlook**

## STATE AND FEDERAL COURTS VIOLATE DISABILITY FOCUS OF CHRISTIAN LAWYER

**From** Andrew Straw <andrew@andrewstraw.com>
**Date** Wed 06/18/2025 5:14 PM
**To** Wyn.Hornbuckle@usdoj.gov <Wyn.Hornbuckle@usdoj.gov>; Yaakov.M.Roth@usdoj.gov <yaakov.m.roth@usdoj.gov>; Andrew Straw <andrew@andrewstraw.com>; dan.patrick@ltgov.texas.gov <dan.patrick@ltgov.texas.gov>; AskBen@BenCarson.com <AskBen@BenCarson.com>; Ethics@eppc.org <Ethics@eppc.org>; media@eppc.org <media@eppc.org>; contact@wordonfire.org <contact@wordonfire.org>; support@wordonfire.org <support@wordonfire.org>; communications@wordonfire.org <communications@wordonfire.org>; carrie.prejean@gmail.com <carrie.prejean@gmail.com>; carrieprejeanboller@gmail.com <carrieprejeanboller@gmail.com>; communications@archny.org <communications@archny.org>; letters@cny.org <letters@cny.org>; franklin.graham@gmail.com <franklin.graham@gmail.com>; aho@gibsondunn.com <aho@gibsondunn.com>; info@e.meritstreetmedia.com <info@e.meritstreetmedia.com>; eric.metaxas@gmail.com <eric.metaxas@gmail.com>; support@shopmetaxas.com <support@shopmetaxas.com>; inquiries@premierespeakers.com <inquiries@premierespeakers.com>; kshackelford@firstliberty.org <kshackelford@firstliberty.org>; kelly.shackelford@firstliberty.org <kelly.shackelford@firstliberty.org>; media@firstliberty.org <media@firstliberty.org>; msoloveichik@shearithisrael.org <msoloveichik@shearithisrael.org>; msolo@yu.edu <msolo@yu.edu>; kornbluh@forward.com <kornbluh@forward.com>; customerservice@paulawhite.org <customerservice@paulawhite.org>; comments@whitehouse.gov <comments@whitehouse.gov>; vice.president@whitehouse.gov <vice.president@whitehouse.gov>; President Obama <president@whitehouse.gov>
**Cc** Doug Bernacchi <dbernacchi@gmail.com>; Bernacchi, Doug (student) <doug.bernacchi@ctstate.edu>; Goshen City Church of the Brethren <office@goshencitychurch.org>; College Mennonite Church <cmc@collegemennonite.org>; Florence Church of the Brethren Mennonite <florence.brethren.mennonite@gmail.com>; Waterford Mennonite Church <wmc@waterfordchurch.org>; Sunnyside Mennonite Church <SunnysideMC@maplenet.net>; New Paris First Brethren Church <flybumblebee@yahoo.com>; wearlc@worldea.org <wearlc@worldea.org>; Christine Guth <christine@adnetonline.org>; Rock Run Church of the Brethren <herman@nidcob.org>

My aggressive work as a lawyer and advocate for disability rights is an expression of my support for ==Christian values==.

This includes when I worked on:

- improving court accessibility in Indiana when I worked at its state supreme court

- helped a blind judge

- helped deaf people with court technology

- demanded a political HQ be accessible to those in wheelchairs

- demanded sidewalks be cleared of snow for disabled people to pass

- demanded public and private entities to create required handicap parking they did not have

- demanded public and private entities to keep their handicap parking clear of snow piles

- demanded a state supreme court to stop banning all people with disabilities from being lawyers
- demanded law schools and the ABA to start collecting data on disability in admissions like gender and race
- demanded Medicare account privacy
- demanded that disabled fathers have a right to child visitation after divorce
- demanded that ADA coordinators not retaliate against complaints
- demanded the U.S. Treasury and SSA to gather statistics on disability (SSI & SSDI) and credit scores (FICO)
- demanded that Avvo not lie about the bar admissions of a disabled lawyer
- made hundreds of administrative complaints for ADA and human rights law violations
- created Disability Party for the economic improvement of disabled people everywhere
- created Children of Camp LeJeune for the poisoned, disabled, and killed of that toxic USMC base
- demanded courts not to hire the parties before them, disadvantaging a disabled litigant who was disfavored
- and so on…

Jesus Christ chose to do many of his miracles in the New Testament **curing and helping people** with incurable illnesses that caused much disability and stigma at the time with medicine not available. Especially leprosy.

Courts at both the State and Federal level have oppressed and punished my aggressive civil and human rights work to assist disabled people.

With my Christian beliefs as my motivation, **those courts have violated me as a Christian believer**.

I want your Religious Liberty Commission to know about this.

http://bernacchi.andrewstraw.com

http://mitigation.andrewstraw.com

http://ca7.andrewstraw.com

http://dueprocess.andrewstraw.com

I am a crime victim several times over and disabled as a result, so the emphasis on disability and illness by Jesus Christ is especially appealing to me.

http://disability.andrewstraw.com

http://crime.andrewstraw.com

Your Commission should investigate how American courts oppress the religious views of disability activists and lawyers like myself.

The Indiana Supreme Court bans all people with disabilities of any kind from being lawyers and I say that is anti-Christian.

http://ban.andrewstraw.com

Court ethics violations to oppress disability rights are very serious and to me suggest evil influence underneath.

This is why I was so strong against what happens in the Midwest when I wrote to the U.S. Supreme Court. Every word true or for sure I would have been attacked at some point since I filed it in 2018, but Indiana chose silence. That may as well be guilt coming from a Court being sued in Court.

I speak under oath:

https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

> ### No. In the Andrew U. D. Straw, - Supreme Court of the United States
> 11 PARTIES TO THE PROCEEDINGS BELOW I, petitioner Andrew U. D. Straw, a disability rights advocate living in Kane County, Illinois, was disciplined for my disability rights work, which was
>
> www.supremecourt.gov

The violators respond to truth with silence:

https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

Those of us lawyers who chose to act on our Christian beliefs to aggressively promote disability rights need better protection and more honesty and ethics in courts than we have today.

So say I.

I hope you will agree.

Sincerely,

*Andrew U. D. Straw*

Andrew U. D. Straw
**HOME (PH)**

Sitio Boundary, Aniar Residence

Brgy Mapaya III

San Jose

Occidental Mindoro 5101

The Philippines

(63) 956-892-6403 (Cell)
andrew@andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com