## Student Activity for Andrew U. D. Straw (1201485)

From 06/01/2024 to 06/19/2025

| Posted Date | Item | Campus | Term | Charge | Payment |
|---|---|---|---|---|---|
| 01/13/2025 | Direct Deposit Refund | The University of Maine | 2025 Spring | 3955.00 | |
| 01/13/2025 | Sallie Mae Graduate Loan | The University of Maine | 2025 Spring | | 200.00 |
| 01/12/2025 | Fed Direct Unsubsidized Loan | The University of Maine | 2025 Spring | | 4491.00 |
| 01/12/2025 | Fed Direct Unsubsidized Loan | The University of Maine | 2025 Spring | | 3770.00 |
| 12/21/2024 | Online Course Fee | The University of Maine | 2025 Spring | 75.00 | |
| 12/21/2024 | Tuition Grad Online Program | The University of Maine | 2025 Spring | 1824.00 | |
| 12/06/2024 | Online Course Fee | The University of Maine | 2025 Spring | 75.00 | |
| 12/06/2024 | Tuition Grad Online Program | The University of Maine | 2025 Spring | 1824.00 | |
| 10/21/2024 | Online Course Fee | The University of Maine | 2024 Fall | -18.75 | |
| 10/21/2024 | Tuition Grad Online Program | The University of Maine | 2024 Fall | -456.00 | |
| 10/17/2024 | Digital Textbook | The University of Maine | 2024 Fall | -67.92 | |
| 09/27/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Fall | | -1607.00 |
| 09/26/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Fall | | 10142.00 |
| 09/24/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Fall | | -1561.00 |
| 09/24/2024 | Outside Scholarship | The University of Maine | 2024 Fall | | -1000.00 |
| 09/23/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Fall | | -8581.00 |
| 09/23/2024 | Online Course Fee | The University of Maine | 2024 Fall | -56.25 | |
| 09/23/2024 | Tuition Grad Online Program | The University of Maine | 2024 Fall | -1368.00 | |
| 09/04/2024 | AMP Course Material | The University of Maine | 2024 Fall | -239.99 | |
| 09/03/2024 | AMP Course Material | The University of Maine | 2024 Fall | 239.99 | |
| 08/29/2024 | Digital Textbook | The University of Maine | 2024 Fall | 67.92 | |
| 08/26/2024 | Direct Deposit Refund | The University of Maine | 2024 Fall | 9243.00 | |
| 08/24/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Fall | | 10142.00 |
| 08/24/2024 | Outside Scholarship | The University of Maine | 2024 Fall | | 1000.00 |
| 07/12/2024 | Direct Deposit Refund | The University of Maine | 2024 Summer | 3624.00 | |
| 07/09/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Summer | | 693.00 |
| 07/08/2024 | Fed Direct Unsubsidized Loan | The University of Maine | 2024 Summer | | 4830.00 |
| 07/08/2024 | Online Course Fee | The University of Maine | 2024 Fall | 75.00 | |
| 07/08/2024 | Tuition Grad Online Program | The University of Maine | 2024 Fall | 1824.00 | |
| 07/02/2024 | Online Course Fee | The University of Maine | 2024 Summer | 75.00 | |
| 07/02/2024 | Tuition Grad Online Program - Contemp Disability Theory | The University of Maine | 2024 Summer | 1824.00 | |
| 06/10/2024 | Online Program Fee | The University of Maine | 2024 Summer | -75.00 | |
| 06/10/2024 | Tuition Grad Online Program - Topics in Peace & Recon Stud | The University of Maine | 2024 Summer | -1824.00 | |