

**CAUTION - EXTERNAL:**

Please file the attached into 1:25-cv-00325-JAW.

Thank you.

Sincerely,

Andrew U. D. Straw
**HOME (PH)**
Sitio Boundary, Aniar Residence
Brgy Mapaya III
San Jose
Occidental Mindoro 5101
The Philippines
(63) 956-892-6403 (Cell)
andrew@andrewstraw.com