IN THE

# United States District Court for the District of Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case#: 1:25-cv-00325-JAW |
| *Plaintiff,* | ) | |
| | ) | Hon. John A. Woodcock, Jr. |
| v. | ) | Judge Presiding |
| | ) | Hon. |
| UNIVERSITY OF MAINE, | ) | Magistrate Judge |
| *Defendant.* | ) | |
| | ) | JURY TRIAL NOT DEMANDED |

## AFFIDAVIT

COMES NOW, *pro se Plaintiff* ANDREW U. D. STRAW (hereinafter "Plaintiff"), individually, hereby state as follows:

## FACTS

1. I wish to provide some additional evidence in support of my my APPLICATION FOR *IFP*, which can only granted after a review under 28 U.S.C. § 1915(e).

2. It is important to me that this Court's evaluation of my IFP and frivolous review is not tainted by other courts abusing me using frivolous as a weapon.

3. For this reason, because my former employer, the Indiana Supreme Court, did abuse me this way, I attach two exhibits with my opinions on "frivolous" and "mitigation" that should alleviate any concerns about the Indiana suspension, which the Virginia State Bar and the U.S. Court of Appeals for the Fourth Circuit and 100+ lawyers and defendants did not feel merited any sanctions.

4. Exhibit 1 is my opinions on frivolous.

5. Exhibit 2 is my opinions on mitigation.

WHEREFORE, I so depose these facts and opinions in support of my *IFP* review under 28 U.S.C. § 1915(e).

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: June 23, 2025.

Respectfully,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **June 23, 2025**, I sent this **COMPLAINT** with **EXHIBITS**. Included herewith are a **COVERSHEET** and **APPLICATION FOR** *IFP* **STATUS** and **ENOTICE, MJ CONSENT**, via email to the Clerk of Court. I sent a copy via email to [generalcounsel@maine.edu](mailto:generalcounsel@maine.edu), the Office of General Counsel at University of Maine.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

### EXHIBIT LIST (ATTACHED EXHIBITS)

- **EXHIBIT 1** – Andrew U. D. Straw's opinions on "frivolous" as a legal concept
- **EXHIBIT B** – Andrew U. D. Straw's opinions on the lack of mitigating facts

(used in analysis of his Indiana Supreme Court law license suspension, which has lasted 8 years and has been reciprocally imposed in the Midwest but not elsewhere)